NO. 07-08-0035-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 28, 2008

_____

BRANDON R. LEWIS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2006-412,546; HON. JIM BOB DARNELL, PRESIDING

_____

*Abatement and Remand*

_____

Before QUINN, C.J., HANCOCK and PIRTLE, JJ.

Brandon R. Lewis (appellant) filed a notice of appeal from his conviction for aggravated sexual assault on January 11, 2008. On November 6, 2007, the trial court filed its certification representing that appellant has the right of appeal. However, the appellate record reflects that appellant failed to sign the certification pursuant to Texas Rule of

Appellate Procedure 25.2(d) which requires the certification to be signed by appellant and a copy served on him.[1]

Consequently, we abate the appeal and remand the cause to the 137th District Court of Lubbock County (trial court) for further proceedings. Upon remand, the trial court shall take such action necessary to secure and file with this court a certificate of right to appeal that complies with Texas Rule of Appellate Procedure 25.2(d) by March 28, 2008. Should additional time be needed to perform these tasks, the trial court may request same on or before March 28, 2008.

It is so ordered.

Per Curiam

Do not publish.

_____

[1]Became effective September 1, 2007.